**EXHIBIT 7**

Alte Muensterstrasse 24

D - 49477 Ibbenbueren / Germany / Europe

Management, Consulting, Domain-Broking,

Verlag, Label, Booking & Tour-Logistic

Mobile-Office- & Netware- System's

Distribution & Instrument's

Office - Center - Hotline

Tel.    0049 ( 0 ) 5451 97179 0

Fax.    0049 ( 0 ) 5451 97179 6

Office - Working - Times:

Mo, Tue, Thu, Fr, Sa, So .. 10:00am-10:00pm

Mo, Di, Do, Fr, Sa, So ... 10:00Uhr-22:00Uhr

Die Information in dieser E-Mail ist vertraulich und kann dem Berufsgeheimnis unterliegen. Sie ist ausschliesslich für den Adressaten bestimmt. Jeglicher Zugriff auf diese E-Mail durch andere Personen als den Adressaten ist untersagt. Sollten Sie nicht der für diese E-Mail bestimmte Adressat sein, ist Ihnen jede Veröffentlichung, Vervielfältigung oder Weitergabe wie auch das Ergreifen oder Unterlassen von Massnahmen im Vertrauen auf erlangte Information untersagt. In dieser E-Mail enthaltene Meinungen oder Empfehlungen unterliegen den Bedingungen des jeweiligen Mandatsverhältnisses mit dem Adressaten.

Les informations contenues dans cet e-mail sont confidentielles, couvertes par le secret professionnel et destinées à l'utilisateur de l'adresse à laquelle il a été envoyé. Si vous n'êtes pas le destinataire du présent message, vous n'êtes pas autorisé à le dupliquer, divulguer ou le diffuser et plus généralement à en faire une quelconque utilisation personnelle ou professionnelle. Les opinions et conseils contenus dans cet e-mail relèvent des conditions générales régissant le mandat que nous a confié le destinataire de cet e-mail.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. Any opinions or advice contained in this email are subject to the terms and conditions expressed in our governing client engagement letter.

---

**Von:** Nick Francis [mailto:nick.francis@brightwurks.com]
**Gesendet:** Freitag, 23. November 2012 19:22
**An:** andy.eder@e--team.de
**Betreff:** HelpScout.com



Andy,

My name is Nick and I believe you own a domain I would like to purchase. I run a company called Help Scout. We currently own HelpScout.net and would like to purchase HelpScout.com from you. I'm prepared to offer $5,000 USD for the domain (ten times the value today). Interested? Thank you.

Mein Name ist Nick und ich glaube, Sie besitzen eine Domäne Ich mag erwerben möchten. Ich betreibe eine Firma namens Hilfe Scout. Wir haben derzeit eigenen HelpScout.net und möchte HelpScout.com bei Ihnen kaufen. Ich bin bereit, $ 5,000 USD für die Domain (zehnfachen Wert heute) bieten. Interessiert? Danke.

--
Nick Francis
855-435-7726 ext. 700
@nickfrancis

"We couldn't do email support without Help Scout, and being good at support has helped us so much."
- Joel from BufferApp.com


Andy Eder
Team-Europe-Group
Mobile Office