**IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| Brightwurks, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-975 (CMH/TCB) |
| | ) | |
| HELPSCOUT.COM, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF HEARING**

Please take notice that on Friday, October 4, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Brightwurks, Inc., will present the accompanying Motion for Order to Publish Notice of Action and request the entry of an Order in accordance therewith.

Respectfully submitted,
**BRIGHTWURKS, INC.**
By Counsel

Dated: September 19, 2013          /s/ Shauna M. Wertheim
Shauna M. Wertheim, VSB #33690
*Counsel for Plaintiff Brightwurks, Inc.*
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Drive, 15th Floor
Reston, VA 20191
Tel:  (703) 391-2900; Fax:  (703) 391-2901
swertheim@marburylaw.com

and

Thomas F. Dunn, *pro hac vice* pending, BBO # 641252
MORSE, BARNES-BROWN & PENDLETON, P.C.
CityPoint
230 Third Avenue, 4th Floor
Waltham, Massachusetts  02451
Tel:  (781) 622-5930; Fax: (781) 622-5933
tdunn@mbbp.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the **19th** day of **September, 2013**, I will electronically file the foregoing Notice of Hearing with the Clerk of the Court using the CM/ECF system and that a copy was sent electronically and via airmail, postage pre-paid, to the following non-filing user:

    Andy Eder
    Alte Muensterstrasse 24
    Ibbenbueren 49477
    GERMANY
    andy.eder@t-online.de

      /s/
    Shauna M. Wertheim, VSB #33690
    *Counsel for Plaintiff Brightwurks, Inc.*
    THE MARBURY LAW GROUP, PLLC
    11800 Sunrise Valley Drive
    15th Floor
    Reston, VA 20191
    Tel: (703) 391-2900
    Fax: (703) 391-2901
    swertheim@marburylaw.com