**IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Brightwurks, Inc.            )<br>                              )<br>        Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>HELPSCOUT.COM, *et al.*       )<br>                              )<br>        Defendants.           )<br>_____) | Civil Action No. 1:13-cv-975 (CMH/TCB) |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

PLEASE TAKE NOTICE that plaintiff Brightwurks, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice.

Dated this 3rd day of January, 2014.

*/s/* Shauna M.Wertheim
Shauna M. Wertheim (VSB No. 33690)
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone:  (703) 391-2900
Facsimile:   (703) 391-2901
Email: swertheim@marburylaw.com

**COUNSEL FOR PLAINTIFF
BRIGHTWURKS, INC.**

Thomas F. Dunn, *pro hac vice* pending
BBO # 641252
MORSE, BARNES-BROWN &
PENDLETON, P.C.
CityPoint
230 Third Avenue, 4th Floor
Waltham, Massachusetts  02451
Tel:  (781) 622-5930
Facsimile: (781) 622-5933
Email: tdunn@mbbp.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the **3rd** day of **January, 2014**, I will electronically file the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system and that a copy was sent electronically and via first-class mail, postage pre-paid, to the following non-filing user:

     Marc P. Misthal
     GOTTLIEB RACKMAN & REISMAN, P.C.
     270 Madison Avenue
     New York, NY 10016-0601
     mmisthal@grr.com
     *Counsel for Defendants*


      /s/ Shauna M. Wertheim
     Shauna M. Wertheim, VSB #33690
     *Counsel for Plaintiff Brightwurks, Inc.*
     THE MARBURY LAW GROUP, PLLC
     11800 Sunrise Valley Drive
     15th Floor
     Reston, VA 20191
     Tel:  (703) 391-2900
     Fax:  (703) 391-2901
     swertheim@marburylaw.com